UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    Case No. 11-12737 JKO
                                                                          CHAPTER 7

CLEMMENSEN, TORBEN
CLEMMENSEN, VALERIA

        DEBTOR(S)            /

## MOTION TO APPROVE STIPULATION FOR PURCHASE
## OF NON-EXEMPT ASSETS

**Any interested party who fails to file and serve written response to
this Motion within 21 days after the date of service stated in this
Motion shall, pursuant to Local Rule 9013-1-(D)(3)(b), be deemed to have consented
to the entry of an Order in the form attached to this Motion.
Any scheduled hearing may then be canceled.**

COMES NOW, SONYA L. SALKIN, TRUSTEE, and files this Motion pursuant to Local Rule 9013-1(D)(3)(b) and moves this Court to approve the Joint Stipulation for Settlement and the repayment of funds to the estate which represents non-exempt equity in debtor's 2010 Honda Accord and 2003 Honda Odyssey, and states as follows:

1. The debtor filed for Chapter 7 bankruptcy on 01/31/11.

2. The debtor was over the maximum allowable exemptions by Keyboard Stop/amount over exemption), as a result of non-exempt equity in a 2010 Honda Accord and 2003 Honda Odyssey.

3. The debtor has made an offer to repay the estate in the amount of $11,000.00.

4. The Trustee and the debtor's attorney on behalf of the debtor, entered into a Stipulation for Settlement to repay the estate in five payments of $1,833.34 and one final payment of $1833.30, for a total amount of $11,000.00. Each payment will be due on the 11th day of each month, beginning April 11, 2011 until paid in full.

5. A true and correct copy of the Stipulation for Settlement is attached hereto as Exhibit "A".

6. In accordance with Rule 9019 FRBP and Local Rule 9013-1 (D)(3)(b) this Motion is being sent out on negative notice to all creditors and interested parties.

      7.      The Trustee believes that this is a fair amount and would benefit the creditors in this case.

      8.      A copy of the proposed Order approving this transaction is attached hereto as Exhibit "B".

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to all parties on the attached service list this 8th day of June, 2011.

By:    /s/Sonya L. Salkin, Trustee
       Sonya L. Salkin, Trustee
       1776 N. Pine Island Road
       Suite #218
       Plantation, FL 33322
       (954) 423-4469

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                   Case No. 11-12737 JKO
                                         CHAPTER 7
CLEMMENSEN, TORBEN
CLEMMENSEN, VALERIA

_____DEBTOR(S)_____/

### JOINT STIPULATION FOR SETTLEMENT

COMES NOW, the Debtor, CLEMMENSEN, TORBEN and CLEMMENSEN, VALERIA, her undersigned counsel, and the Trustee of the estate, SONYA L. SALKIN, and stipulate and agree as follows:

1. The Debtor agrees to pay the Trustee, Sonya L. Salkin, the sum of $11,000.00, which amount represents payment to the estate for non-exempt equity in a 2010 Honda Accord and a 2003 Honda Odyssey.

2. The Debtor has agreed to make five (5) payments of $1,833.34 and one (1) payment of $1,833.30 for a total amount of $11,000.00. Each payment will be due on the 11th day of each month, beginning April 11, 2011 until paid in full.

3. The Debtor is directed to make these payments directly to the Trustee at the address listed below.

4. The Discharge of Debtor shall be withheld pending complete payment of all sums herein.

Dated: 3/31/11

By: _____
SONYA L. SALKIN, TRUSTEE
1776 Pine Island Road
Suite 218
Plantation, FL 33322
(954) 423-4469

_____
CLEMMENSEN, TORBEN, Debtor

_____
CLEMMENSEN, VALERIA, Co-Debtor

_____
MICHAEL E ZAPIN
Attorney for Debtor(s)

5. The parties hereto acknowledge that the lienholder American Airlines FCU is asserting a cross-collateralization provision and debtor is filing an AP to determine the respective rights. This settlement is contingent on the court determining the cross collateralization provision* 

* to be ineffective and the debt purportedly secured thereby to be unsecured. In the event the Court determines otherwise, Trustee shall forthwith refund the settlement paid by Debtor back to Debtor.

Exhibit A

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No. 11-12737 JKO
                                                                CHAPTER 7
CLEMMENSEN, TORBEN
CLEMMENSEN, VALERIA

_____DEBTOR(S)_____/

### ORDER GRANTING MOTION TO APPROVE STIPULATION
### FOR PURCHASE OF NON-EXEMPT ASSETS

THIS CAUSE having come before the Court upon a Motion to Approve Stipulation for Purchase of Non-Exempt Assets, by Debtor and served upon negative notice pursuant to Local Rule 9013-1(D)(3)(b), and the Court having reviewed the Motion and the Court file and noting a Certificate of No Response has been filed, it is:

ORDERED AND ADJUDGED that:

1. That the Motion to Approve Stipulation for Purchase of Non-Exempt Assets, consisting of non- exempt equity in a 2010 Honda Accord and 2003 Honda Odyssey is hereby approved.

2. That Debtor will make five payments of $1,833.34 and one final payment of $1,833.30, for a total amount of $11,000.00. Each payment will be due on the 11th day of each month, beginning April 11, 2011 until paid in full.

###

Exhibit B

Sonya L. Salkin will provide a copy of the foregoing to all parties on the attached service list and file a certificate of service with the court.

```
Label Matrix for local noticing          American Express Bank FSB              Bank of America, National Association
113C-0                                   c/o Becket and Lee LLP                 Ben-Ezra & Katz, P.A.
Case 11-12737-JKO                        POB 3001                               c/o Allison B. Duffie
Southern District of Florida             Malvern, PA 19355-0701                 2901 Stirling Road Suite 300
Fort Lauderdale                                                                 Fort Lauderdale, FL 33312-6529
Wed Jun  8 09:56:23 EDT 2011

CitiMortgage, Inc.                       Abn Amro Mortgage Group                Aes/nct
c/o Kenneth W. Lockwood, Esq.            Citimortgage                           Reinsurance Dept Bankruptcy
4630 Woodland Corporate Blvd #100        POB 79022 MS 322                       Unit 120 N 7th
Tampa, FL 33614-2429                     Saint Louis, MO 63179                  St Harrisburg, PA 17102


American Airlines Fcu                    American InfoSource LP as agent for    Bank Of America
Po Box 619001                            Citibank (South Dakota) N.A.           Attn: Bankruptcy NC4-105-03-14
Dfw Airport, TX 75261-9001               PO Box 248840                          Po Box 26012
                                         Oklahoma City, OK  73124-8840          Greensboro, NC 27420-6012


Chase                                    Chase Bank USA, N.A.                   Chase-mnhtn
Po Box 15298                             PO Box 15145                           Pob 77279
Wilmington, DE 19850-5298                Wilmington, DE 19850-5145              Houston, TX 77279


Citi                                     Gembppbycr                             Mortgage Service Cente
Po Box 6241                              Attention: Bankruptcy                  Attn: Bankruptcy
Sioux Falls, SD 57117-6241               Po Box 103104                          2001 Bishops Gate Blvd
                                         Roswell, GA 30076-9104                 Mt Laurel, NJ 08054-4604


Nissn Inf Lt                             Office of the US Trustee               PYOD LLC its successors and assigns as assig
Attn: Bankruptcy                         51 S.W. 1st Ave.                       Citibank, NA
8900 Freeport Parkway                    Suite 1204                             c/o Resurgent Capital Services
Irving, TX 75063-2438                    Miami, FL 33130-1614                   PO Box 19008
                                                                                Greenville, SC 29602-9008


Rushcard Visa                            The Tides at Bridgeside Square         Michael E Zapin
Unirush Financial Services               % Bank United                          2385 NW Executive Center Dr #100
23074 Network Place                      POB 26032                              Boca Raton, FL 33431-8510
Chicago, IL 60673-1230                   Miami FL 33102-6032


Sonya Salkin                             Torben Clemmensen                      Valeria Clemmensen
1776 N Pine Island Road Ste 218          2740 NE 57th Ct.                       2740 NE 57th Ct.
Plantation, FL 33322-5223                Fort Lauderdale, FL 33308-2724         Fort Lauderdale, FL 33308-2724
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)American Express Bank FSB             (u)The Tides - Condo Assoc- HOA        End of Label Matrix
c/o Becket and Lee LLP                                                          Mailable recipients     23
POB 3001                                                                        Bypassed recipients      2
Malvern  PA 19355-0701                                                          Total                   25
```